FILED 6/15/2004 3:20:40 PM, USDC, Southern District of Iowa

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| DIRECTV, Inc., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>TOM LOUSSAERT and THERESA FRAZER,<br><br>Defendants. | CASE NO. 3:03-CV-60053<br><br>ORDER |

Pursuant to the Stipulation For Dismissal Of Claims Against Defendant Frazer Only entered into between Plaintiff DIRECTV, Inc. and Defendant Frazer, and good cause appearing therefore, IT IS HEREBY ORDERED that all pending claims against Defendant Frazer are hereby dismissed, with prejudice, and Defendant Frazer is hereby dismissed, with prejudice, from this lawsuit, with each party to pay its own attorney fees and costs. IT IS FURTHER ORDERED that this dismissal does not affect any claims other than those asserted against Defendant Frazer and that the Court retains jurisdiction for all purposes necessary for or incidental to the enforcement of a confidential written settlement agreement entered into between DIRECTV and Defendant Frazer.

DATED: _June 15_, 2004.

_____
United States District Court Magistrate Judge

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| DIRECTV, Inc., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>TOM LOUSSAERT and THERESA FRAZER,<br><br>Defendants. | CASE NO. 3:03-CV-60053<br><br>ORDER |

Pursuant to the Stipulation For Dismissal Of Claims Against Defendant Frazer Only entered into between Plaintiff DIRECTV, Inc. and Defendant Frazer, and good cause appearing therefore, IT IS HEREBY ORDERED that all pending claims against Defendant Frazer are hereby dismissed, with prejudice, and Defendant Frazer is hereby dismissed, with prejudice, from this lawsuit, with each party to pay its own attorney fees and costs. IT IS FURTHER ORDERED that this dismissal does not affect any claims other than those asserted against Defendant Frazer and that the Court retains jurisdiction for all purposes necessary for or incidental to the enforcement of a confidential written settlement agreement entered into between DIRECTV and Defendant Frazer.

DATED: June 15, 2004.

_____
United States District Court Magistrate Judge

4